# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF WEST VIRGINIA

### HUNTINGTON DIVISION

OHIO VALLEY ENVIRONMENTAL
COALITION, INC., WEST VIRGINIA
HIGHLANDS CONSERVANCY, INC.,
and SIERRA CLUB,

              Plaintiffs,

v.                         CIVIL ACTION NO. 3:11-0115

PATRIOT COAL CORPORATION,
APOGEE COAL COMPANY, LLC,
CATENARY COAL COMPANY, LLC,
and HOBET MINING, LLC,

              Defendants.

### ORDER

For reasons appearing before the Court, the Court **DIRECTS** Defendants to file a memorandum **on or before October 14, 2015**, explaining how the final approved plan in the Patriot Coal Corporation bankruptcy proceedings affect the Defendants' obligation in this case.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

              ENTER:     October 9, 2015

              ROBERT C. CHAMBERS, CHIEF JUDGE