IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON

OHIO VALLEY ENVIRONMENTAL
COALITION, INC., et al.,

    Plaintiffs,

v.                                                                                       CIVIL ACTION NO. 3:09-CV-01167

ERP ENVIRONMENTAL FUND, INC.,
and RECEIVERSHIP ESTATE OF ERP
ENVIRONMENTAL FUND, INC.,

    Defendant.

AND

OHIO VALLEY ENVIRONMENTAL
COALITION, INC., et al.,

    Plaintiffs,

v.                                                                                       CIVIL ACTION NO. 3:11-cv-00115

ERP ENVIRONMENTAL FUND, INC.,
and RECEIVERSHIP ESTATE OF ERP
ENVIRONMENTAL FUND, INC.,

    Defendant.

## JOINT STATUS REPORT

        In its June 25, 2020 Order, the Court directed the Parties to meet and confer regarding (1) what money judgment the plaintiffs may be entitled to; (2) what additional reporting from the Special Receiver is appropriate; and (3) whether the Court should permit discovery as to the Special Receiver. The Parties have conferred regarding these subjects and report that they have reached a tentative agreement that they believe will address or, at least, narrow the issues

originally presented by Plaintiffs' motion. The Parties expect to continue conferring over the next several days and will submit another status report to the Court no later than July 31, 2020.

Respectfully submitted,

| | |
|---|---|
| **/s/ Derek O. Teaney** | **/s/ Robert G. McLusky** |
| DEREK O. TEANEY (W.Va. Bar 10223) | ROBERT G. MCLUSKY (WVBN 2489) |
| J. MICHAEL BECHER (W.Va. Bar 10588) | JACKSON KELLY, PLLC |
| APPALACHIAN MOUNTAIN ADVOCATES, INC. | P.O. Box 553 |
| P.O. Box 507 | Charleston, WV 25322 |
| Lewisburg, WV 24901 | Telephone: 304-340-1000 |
| Telephone: 304-382-4798 | Email: rmclusky@jacksonkelly.com |
| Email: mbecher@appalmad.org | *Counsel for Doss Special Receiver, LLC* |
| *Counsel for Plaintiffs* | |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON

**OHIO VALLEY ENVIRONMENTAL
COALITION, INC., et al.,**

    **Plaintiffs,**

v.                                              **CIVIL ACTION NO. 3:09-CV-01167**

**ERP ENVIRONMENTAL FUND, INC.,
and RECEIVERSHIP ESTATE OF ERP
ENVIRONMENTAL FUND, INC.,**

    **Defendant.**

**AND**

**OHIO VALLEY ENVIRONMENTAL
COALITION, INC., et al.,**

    **Plaintiffs,**

v.                                              **CIVIL ACTION NO. 3:11-cv-00115**

**ERP ENVIRONMENTAL FUND, INC.,
and RECEIVERSHIP ESTATE OF ERP
ENVIRONMENTAL FUND, INC.,**

    **Defendant.**

## CERTIFICATE OF SERVICE

        I certify that on July 24, 2020, I electronically filed the foregoing JOINT STATUS REPORT using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Benjamin A. Luckett<br>Derek O. Teaney<br>Joseph M. Lovett<br>J. Michael Becher<br>Elizabeth A. Bower<br>Appalachian Mountain Advocates, Inc.<br>P.O. Box 507<br>Lewisburg, WV 24901<br>bluckett@appalmad.org | Kevin M. Rose<br>BotkinRose PLC<br>3190 Peoples Drive<br>Harrisonburg, VA 22801<br>krose@botkinrose.com<br><br>/s/ Robert G. McLusky<br>ROBERT G. McLUSKY |