IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

**WEST VIRGINIA HIGHLANDS**
**CONSERVANCY, INC., et al.,**

    Plaintiffs,

v.                                                    CIVIL ACTION NO. 3:11-CV-0115

**ERP ENVIRONMENTAL FUND, INC., et al.,**

    Defendants.

### EMERGENCY MOTION FOR ORDER TO SHOW CAUSE WHY THE RECEIVERSHIP ESTATE OF ERP ENVIRONMENTAL FUND, INC., ACTING BY AND THROUGH DOSS SPECIAL RECEIVER, LLC, SHOULD NOT BE HELD IN CIVIL CONTEMPT AND FOR ISSUANCE OF AN EMERGENCY ORDER PRESERVING THE STATUS QUO

For the reasons explained in the accompanying memorandum, Plaintiffs respectfully request that the Court issue an Order to Show Cause requiring the Receivership Estate of ERP Environmental Fund, Inc., acting by and through Doss Special Receiver, LLC, to show why it should not be found in civil contempt as a result of violations of the October 17, 2016 Second Modified Consent Decree in Civil Action No. 3:11-cv-115. CM/ECF #105. And because further action will occur today, August 25, 2022, that will enable imminent surface mining—with the attendant bulldozing and blasting—at a currently forested 450-acre site in violation of the Second Modified Consent Decree, Plaintiffs seek an Emergency Order preserving the status quo.

DATED: August 25, 2022                    Respectfully submitted,

                                                                                       /s/ Elizabeth A. Bower
                                                                                       ELIZABETH A. BOWER (WVBN 13589)
                                                                                       DEREK O. TEANEY (WVBN 10223)
                                                                                       J. MICHAEL BECHER (10558)
                                                                                       APPALACHIAN MOUNTAIN ADVOCATES, INC.
                                                                                       P.O. Box 507

Lewisburg, WV 24901  
Telephone: (434) 996-0802  
Email: ebower@appalmad.org

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

**WEST VIRGINIA HIGHLANDS**
**CONSERVANCY, INC., et al.,**

     **Plaintiffs,**

v.                                                                    CIVIL ACTION NO. 3:11-CV-0115

**ERP ENVIRONMENTAL FUND, INC., et al.,**

     **Defendants.**

## CERTIFICATE OF SERVICE

       I, Elizabeth Bower, do hereby certify that on August 25, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF filing system, which will notify the following participants:

**Robert G. McLusky**
**Christopher M. Hunter**
JACKSON KELLY PLLC
P.O. Box 553
Charleston, WV 25322
rmclusky@jacksonkelly.com
chunter@jacksonkelly.com

**Kevin Michael Rose**
BOTKINROSE PLC
3210 Peoples Drive
Harrisonburg, VA 22801
krose@botkinrose.com

                                                      _____
                                                      Elizabeth A. Bower (WVBN 13589)