# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Huntington

| | | | |
|---|---|---|---|
| Date: | 8/30/2022 | Case Number: | 3:11-cv-00115 |
| Case Style: | Ohio Valley Environmental Coalition, Inc. vs. ERP Environmental Fund, Inc. | | |
| Type of hearing: | Hearing | | |
| Before the Honorable: | 2514-Chambers | | |
| Court Reporter: | Kathy Swinhart | Courtroom Deputy: | Terry Justice |

Attorney(s) for the Plaintiff or Government:

Mike Becher, Derek Teaney

Attorney(s) for the Defendant(s):

Shane Harvey, Christopher Hunter

Law Clerk:   Rebecca Conway

Probation Officer:

## Court Times

| Start Time | End Time | Court Time Description |
|---|---|---|
| 10:58 AM | 12:17 PM | Non-Trial Time/Uncontested Time |

Time in court: 1 hours and 19 minutes. Non-Trial Time/Uncontested Time

## Courtroom Notes

Hearing scheduled to commence: 11:00 a.m.
Hearing commenced: 10:58 a.m.

Motion by Doss Special Receiver, LLC for ERP Environmental Fund, Inc. for Referral of Dispute Under Second Modified Consent Decree to Special Master. ECF No. 243.

Emergency Motion by Sierra Club, West Virginia Highlands Conservancy, Inc. for Order to Show Cause Why the Receivership Estate of ERP Environmental Fund, Inc., Acting By and Through Doss Special Receiver, LLC, Should Not Be Held in Civil Contempt and for Issuance of an Emergency Order Preserving the Status Quo. ECF No. 244.

Argument.

The Court ordered that the parties continue to maintain the status quo and that no physical implementation of surface mining activity occur at the proposed mining site pending further order of the Court.

Adjourned: 12:17 p.m.