FILED: July 5, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1696
(3:11-cv-00115)

_____

WEST VIRGINIA HIGHLANDS CONSERVANCY; SIERRA CLUB

 Plaintiffs - Appellees

and

APPALACHIAN HEADWATERS, INC, Nonparty in whose favor an order has been entered

 Party-in-Interest - Appellee

v.

ERP ENVIRONMENTAL FUND, INC; RECEIVERSHIP ESTATE OF ERP ENVIRONMENTAL FUND, INC.

 Defendants - Appellants

and

VCLF LAND TRUST, INC, Nonparty against whom an order may be enforced

 Party-in-Interest - Appellant

and

DOSS SPECIAL RECEIVER, LLC

 Receiver

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Southern District of West Virginia at Huntington |
| Originating Case Number | 3:11-cv-00115 |
| Date notice of appeal filed in originating court: | 06/23/2023 |
| Appellant(s) | ERP Environmental Fund, Inc.; Receivership Estate of ERP Environmental Fund, Inc. |
| Appellate Case Number | 23-1696 |
| Case Manager | Naeemah R. Sims<br>804-916-2704 |